SCOTT E. BRADFORD, OSB #062824
United States Attorney
District of Oregon
**BRYAN CHINWUBA, ILSB #6323733**
Bryan.Chinwuba@usdoj.gov
Assistant United States Attorney
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Attorneys for United States of America

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **3:25-cr-00187-AN** |
| **v.** | **GOVERNMENT'S SENTENCING MEMORANDUM** |
| **JOAHAN MUNOZ-CASTRO,** | |
| **Defendant.** | |

**Introduction**

In March of 2025, DEA investigators arranged a controlled buy with a Mexico-based drug trafficker set to take place in Oregon. On the day of the controlled buy. defendant delivered a large amount of fentanyl on behalf of the Mexican drug trafficker. Week later, investigators coordinated a traffic stop on defendant's vehicle and placed defendant under arrest. Law enforcement searched defendant's vehicle and residence that same day and seized approximately 15 kilograms of fentanyl, three firearms and a large amount of cash.  The government recommends a sentence on the low end of the guideline range followed by three years of supervised release and a $100 fee assessment.

/ / / /

/ / / /

**Government's Sentencing Memorandum**                                             **Page 1**

I.      **FACTUAL BACKGROUND**

A.      **The Offense Conduct**

On March 17, 2025, a DEA confidential source contacted a Mexican drug trafficker and arranged a fentanyl purchase in Salem, Oregon. That same day, the confidential source purchased approximately 280 grams of fentanyl from defendant, who delivered the fentanyl on behalf of the Mexican drug trafficker.

On April 3, 2025, law enforcement conducted a traffic stop on defendant's vehicle and arrested defendant while he was away from his Salem, Oregon, residence. Shortly after defendant's arrest, agents executed a search warrant on his residence and seized approximately 14,122 grams of fentanyl pills, 1,867 grams of fentanyl powder, three firearms, and a large sum of cash.

Because defendant was in possession of a very large amount of fentanyl, it is likely defendant made a significant profit from fentanyl trafficking and had a higher degree of responsibility and discretion within his drug trafficking organization than the average drug courier. It is also likely defendant was involved in the organizing of fentanyl sales. As such, the USAO does not recommend a minor role adjustment.

**The Charges**

Defendant is charged in Count 2 of the Indictment with possession with intent to distribute fentanyl. On April 30, 2026, defendant pleaded guilty to Count 2 of the Indictment.

/ / / /

/ / / /

/ / / /

/ / / /

**Government's Sentencing Memorandum**                                                    **Page 2**

**II.      GOVERNMENT'S RECOMMENDED SENTENCE**

Based on defendant's acceptance of responsibility, the government recommends a sentence on the low end of the guideline range followed by a five-year term of supervised release, subject to the standard conditions, and a $100 fee assessment.

Dated: August 4, 2026.                                    Respectfully submitted,

                                                          SCOTT E. BRADFORD
                                                          United States Attorney

                                                          /s/ Bryan Chinwuba
                                                          BRYAN CHINWUBA, ILSB #6323733
                                                          Assistant United States Attorney